UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| VINCENT LUCAS, | No. 1:16-cv-1127 |
| Plaintiff, | |
| | Judge Michael R. Barrett |
| vs. | Magistrate Judge Karen L. Litkovitz |
| NEW AVON LLC, | **Plaintiff's Notice of Voluntary Dismissal With Prejudice** |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Vincent Lucas hereby dismisses his Complaint in this case with prejudice.

Respectfully submitted,

Vincent Lucas
P.O. Box 272
Amelia, OH 45102
(513) 947-1695
vincentlucaslegal@gmail.com

**CERTIFICATE OF SERVICE**

On ~~February~~ MARCH 23, 2017, I certify that I have authorized the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system, where notice of this filing will be sent to all parties by operation of the ECF system.

Vincent Lucas